IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROOSEVELT BRADLEY,<br><br>                    Plaintiff,<br><br>        v.<br><br>THE UNIVERSITY BOOK STORE, INC.<br><br>                    Defendant. | Case No. 2:23-cv-00152-PPS-JEM |

## **NOTICE OF SETTLEMENT**

Plaintiff Roosevelt Bradley, by and through undersigned counsel, hereby advises this Honorable Court that he has reached an agreement in principle with Defendant The University Book Store, Inc. The parties are finalizing the settlement agreement and expect to file a dismissal within thirty (30) days.

Dated: June 23, 2023                    Respectfully Submitted,

                                        */s/ Benjamin J. Sweet*
                                        Benjamin J. Sweet
                                        ben@nshmlaw.com
                                        **NYE, STIRLING, HALE,**
                                        **MILLER & SWEET, LLP**
                                        1145 Bower Hill Road, Suite 104
                                        Pittsburgh, PA 15243
                                        Phone: 412-857-5350

                                        *Attorneys for Plaintiff Roosevelt Bradley*

## **CERTIFICATE OF SERVICE**

I certify that on the 23rd day of June, 2023, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not receiving CM/ECF notifications at this time.

        */s/ Benjamin J. Sweet*
         Benjamin J. Sweet