UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROOSEVELT BRADLEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE UNIVERSITY BOOK STORE, )<br>INC., )<br>)<br>Defendant. ) | Cause Number: 2:23-CV-152-PPS-JEM |

## ORDER

Plaintiff, Roosevelt Bradley, filed a Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). [DE 14.] Defendant has not yet filed an answer, motion to dismiss, or motion for summary judgment in this matter.

As the Notice of Dismissal [DE 14] meets the requirements of Fed. R. Civ. P. 41(a)(1)(A)(i), it is **GRANTED** and this cause of action is **DISMISSED WITH PREJUDICE**. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

ENTERED: July 14, 2023.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**